**[J-7-2023]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 24 EAP 2022 |
| | : | |
| Appellee | : | Appeal from the Judgment of |
| | : | Superior Court entered on |
| | : | December 21, 2021 at No. 560 EDA |
| v. | : | 2021 (reargument denied February |
| | : | 16, 2022) vacating and remanding |
| | : | the Order entered on February 11, |
| KEVIN JACKSON, | : | 2021 in the Court of Common Pleas, |
| | : | Philadelphia County, Criminal |
| Appellant | : | Division at No. CP-51-CR-0000888- |
| | : | 2020. |
| | : | |
| | : | ARGUED: March 8, 2023 |

## ORDER

**PER CURIAM**                                    **DECIDED: September 28, 2023**

**AND NOW,** this 28th day of September, 2023, the Court being evenly divided, the order of the Superior Court is **AFFIRMED**.